|   |   |
|---|---|
| | The Honorable Benjamin H. Settle |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 1LT EHREN K. WATADA,<br><br>                Petitioner,<br><br>     vs.<br><br>LT. COL. JOHN HEAD, Military Judge, Army Trial Judiciary, fourth Judicial District; LT. GEN. CHARLES JACOBY, Convening Authority, Ft. Lewis, Washington;<br><br>                Respondents. | NO. C07-5549 BHS<br><br>**STIPULATION FOR ORDER EXTENDING PETITIONER'S TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER THEREON** |

WHEREAS Petitioner, pursuant to a Scheduling Order entered herein on May 22, 2008 (Dkt. 23), is required to file his Reply to the Government's Response to Petitioner's Second Amended Petition for Writ of Habeas Corpus on or before Thursday, September 4, 2008; and

STIPULATION FOR ORDER EXTENDING RESPONDENTS' TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER THEREON – 1

**CARNEY
BADLEY
SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

wat013 plds-distct jh278103 8/28/08

1   WHEREAS, on August 11, 2008, this Court previously extended the time for the Government to file its Response to Petitioner's Second Amended Petition for Writ of Habeas Corpus from August 11, 2008 to August 19, 2008 (Dkt. 28);

WHEREAS, on August 15, 2008, this Court then granted leave to the Government to file a Response that exceeded the applicable page limit from 24 to 38 pages (Dkt. 31);

WHEREAS, the Government's overlength Response raised issues that had never previously been briefed by either party in these proceedings, and expanded the scope of this Court's review;

WHEREAS, Petitioner's counsel, James E. Lobsenz, will be out of the office and out of state for the entire week of September 1, 2008, and co-counsel, Kenneth S. Kagan, will be out of the office and out of state on September 3rd, 4th, and 5th;

WHEREAS, for these reasons, Petitioner is in need of an extension of time until Tuesday, September 16, 2008, to file his Reply to the Government's Response to the Second Amended Petition; and

WHEREAS, the Respondents do not object to this request;

NOW THEREFORE the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter an Order extending the time within which Petitioner must file his Reply to the Government's Response to Petitioner's Second Amended Petition for Writ of Habeas Corpus to Tuesday, September 16, 2008.

SO STIPULATED.

STIPULATION FOR ORDER EXTENDING RESPONDENTS' TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER THEREON – 2

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

wat013 plds-distct jh278103 8/28/08

1    DATED this 28th day of August, 2008.

3    s/ Kenneth S. Kagan
Kenneth S. Kagan, WSBA No. 12983
James E. Lobsenz, WSBA No. 8787
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 622-8983
kagan@carneylaw.com
lobsenz@carneylaw.com

Attorneys for Petitioner


JEFFREY C. SULLIVAN
United States Attorney


s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1671
Telephone: (206) 553-7970
Facsimile: (206) 553-4073
brian.kipnis@usdoj.gov


Attorneys for Respondents

---

STIPULATION FOR ORDER EXTENDING RESPONDENTS' TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER THEREON – 3

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

wat013 plds-distct jh278103 8/28/08

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

<u>s/ Kenneth S. Kagan</u>
Kenneth S. Kagan
WSBA No. 12983
Attorneys for Petitioner
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 622-8983
kagan@carneylaw.com

**ORDER**

IT IS SO ORDERED.

DATED this 28th day of August, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION FOR ORDER EXTENDING RESPONDENTS' TIME TO FILE RESPONSE TO SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER THEREON – 4

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

wat013 plds-distct jh278103 8/28/08